```
                                                    2011 JUN -7 PM 4:16
                                                    CLERK U.S. DISTRICT COURT
                                                    CENTRAL DIST. OF CALIF.
                                                    SANTA ANA
                                                                              FILED
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. SA CR11-    SA CR11-0125 |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | [18 U.S.C. § 1343: Wire Fraud] |
| ABDUL K. SYED, ) | |
| Defendant. ) | |

The United States Attorney charges:

[18 U.S.C. § 1343]

1. At all times relevant to this information, defendant ABDUL K. SYED ("SYED") was a licensed real estate agent at T.R.

2. Beginning in or about February 2006 and continuing to at least in or about October 2006, in Orange County, within the Central District of California, and elsewhere, defendant SYED, together with others known and unknown, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud mortgage lenders and to obtain money and property from mortgage lenders by means of material false and fraudulent

pretenses, representations and promises, and the concealment of material facts.

3. In carrying out this scheme, defendant SYED engaged in and caused others to engage in the following fraudulent and deceptive acts, practices and devices, among others:

    a. Defendant SYED agreed to sell residential properties within the Central District of California that defendant SYED had listed for sale on the Multiple Listing Service ("MLS") to buyers represented by a co-schemer for approximately $50,000 to $90,000 more than the initial asking price on the MLS.

    b. Defendant SYED convinced the sellers to sign bogus documentation to be submitted to the escrow company claiming the sellers owed money to a third-party company owned by the co-schemer.

    c. Defendant SYED did not disclose to mortgage lenders that the sellers would provide the approximately $50,000 to $90,000 to the co-schemer at the close of escrow.

    d. Defendant SYED, prior to selling the properties, increased the list price of the properties on the MLS to conceal the fraudulent transactions and facilitate appraisals at the increased value.

4. On or about August 11, 2006, within the Central District of California, defendant SYED, for the purpose of executing the above-described scheme to defraud, caused to be transmitted the following by means of wire communication in interstate commerce: a wire transfer of approximately $481,647.03 from New Century's

mortgage warehouse line of credit in New York to First American Title Company's bank account in California to fund the purchase of 20 Ponte Sonata, Lake Elsinore, California, in the name of C.B.

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ Dennise Willett for*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

DOUGLAS F. McCORMICK
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

BRETT A. SAGEL
Assistant United States Attorney